IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

**LEON FUQUA, # 02-137**                                                                                              **PETITIONER**

vs.                                                                                  Civil Action No. 3:07-cv-518 HTW-LRA

**STATE OF MISSISSIPPI and**
**MARGRET BINGHAM**                                                                                   **RESPONDENTS**

## FINAL JUDGMENT

This matter having come on pursuant to the Report and Recommendation of the United States Magistrate Judge, and this court, having adopted the same as its own order, hereby orders that the Petition for Writ of Habeas Corpus be dismissed with prejudice and that final judgment be entered in favor of the respondents. The above-styled and numbered cause is dismissed with prejudice.

SO ORDERED, this the 26th day of September, 2008.

s/ HENRY T. WINGATE
CHIEF UNITED STATES DISTRICT JUDGE